IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHINN FU COMPANY OF AMERICA, INC., a Missouri corporation; and SHINN FU CORPORATION., a Taiwanese corporation;<br><br>Plaintiffs,<br><br>v.<br><br>JORDAN EQUIPMENT SUPPLY COMPANY,<br><br>Defendant. | Case No. 05-CV-697-W-DW |

ORDER

Before the Court is Parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 31). Pursuant to the Parties' agreement, the action is dismissed with prejudice, with each party to pay its own costs. Accordingly, the Clerk of the Court shall mark this case as CLOSED.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: April 21, 2006